# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# (INDIANAPOLIS DIVISION)

| | | |
|---|---|---|
| DOMINIQUE BISHOP SMITH | ) | CLASS ACTION COMPLAINT |
| | ) | COLLECTIVE ACTION COMPLAINT |
| *On Behalf of Herself and All* | ) | |
| *Other Similarly Situated Individuals* | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01277-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| SUNSET STRIP, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Dominique Bishop Smith, on behalf of herself and all other similarly situated individuals, by counsel, hereby notifies the Court of the Dismissal of this Action without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Notice of Dismissal with Prejudice is being filed before any opposing party has served an answer or motion for summary judgment related to the Plaintiff's Complaint. Pursuant to this Notice, the above-captioned cause is dismissed in its entirety, without prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: July 21, 2022

/s/ Brian R. Drummy
Brian R. Drummy, IN Bar No.: 26348-49
Bunger & Robertson, Attorneys at Law
211 South College Avenue
Bloomington, Indiana 47404
Telephone: (812) 332-9295
Email: bdrummy@lawbr.com

Gregg C. Greenberg, MD Fed. Bar No. 17291

(To Be Admitted Pro Hac Vice)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Email: GGreenberg@ZAGFirm.com
*Counsel for Plaintiff and the Class / Collective*